**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**CHAD ALLEN HOLLINGSWORTH**                                    **PLAINTIFF**

**V.**                              **CASE NO. 2:23-CV-2104**

**SHERIFF JOHNNY CROCKER
(Franklin County, Arkansas), et. al.**                          **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 34) filed in this case on September 11, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the orders of the Court, and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 2nd day of October, 2024.


                              */s/ Timothy L. Brooks*
                              TIMOTHY L. BROOKS
                              UNITED STATES DISTRICT JUDGE